# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Ad Associates, Inc., d/b/a
Wide-Area Classifieds,

Plaintiff,

Civ. No. 04-3418 (RHK/JSM)

v.                                                      **ORDER**

Coast to Coast Classifieds, Inc.,
and Carol Brennan,

Defendants.

It has been brought to the Court's attention that the Memorandum Opinion and Order, dated December 12, 2005, contains a typographical error. **IT IS ORDERED** that the word "Defendant's" in the Court's Memorandum Opinion and Order (Doc. No. 36), page 10, section IV, line 4, is changed to the word "Plaintiff's." Accordingly, the sentence will read "While the Court considers some of Plaintiff's conduct in this case questionable...."

Dated: December 21, 2005                    s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge